UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61841-CIV-COHN/Snow

ELIZABETH MELLOR as
Co-Administrator of the
Estate of Jason Mellor, et al.,

       Plaintiffs,

v.

JENS PETER MOE,

       Defendant.

_____/

**O R D E R**

THIS CAUSE is before the Court on counsel Paul Daly's Motion for Limited Appearance (DE 36).  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  Paul Daly, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiffs **Elizabeth Mellor and James Mellor** in this cause; Scott Behren, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Scott Behren, Esq. (Ps and Local Counsel for Daly)
Paul Daly, Esq. (Ps)
Mark Davis, Esq. (Ps)
Edward Curtis, Esq. (D-Moe)

Ms. Catherine Wade (MIA)
  Executive Service Administrator